

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-20-00168-CV

_____

**VICKI ALLRED AND CHARLES ALLRED, APPELLANTS**

**V.**

**FREESTONE COUNTY FAIR ASSOCIATION, INC., ET AL., APPELLEES**

On Appeal from the 146th District Court
Bell County, Texas
Trial Court No. 307,283-B; Honorable Jack Jones, Presiding

August 26, 2020

## ORDER

Before QUINN, C.J., and PIRTLE and DOSS, JJ.

Appellants, Vicki Allred and Charles Allred, appeal from the trial court's *Final Judgment*. Appellees, Freestone County Fair Association, Inc., Sid Fryer, Hugh Fryer, James Grant, Clinton Minchew, Scott Holmes, Andy Bonner, James Davis, Clark Fryer, Clint Fryer, Linda Grant, Stanley Gregory, Karlene Griffith, Michael Grissett, JR McClelland, Wendon Morrison, Roy Newman, Zack Newman, Tommy Robinson, Danny Turner, Trent Turner, and Lisa Webb, have filed a cross appeal. The appellate record

was filed on August 19, 2020. Now pending before this court is the *Agreed Motion to Adopt Briefing Schedule*. We grant the motion and set the appellate briefing deadlines as stipulated by the parties in their motion:

1.      Appellants' merits brief is due September 18, 2020;

2.      Appellees' responsive brief and cross-merits brief is due October 19, 2020;

3.      Appellants' reply brief and cross-responsive brief is due November 18, 2020; and

4.      Appellees' reply brief is due December 8, 2020.

It is so ordered.

Per Curiam